**DISMISS; and Opinion Filed December 1, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01415-CV

## IN RE ANTONIO CHAVEZ, Relator

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23284-86**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Schenck

In this original proceeding, relator complains that the Kaufman County district clerk has not filed his pleadings and sent him copies. The Court's power to issue a writ of mandamus is limited as set forth in section 22.221 of the Texas Government Code. Because the Kaufman County district clerk is not a judge, we may issue a writ of mandamus to compel action by the district clerk only to the extent necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004) (writ power). The failure of the district clerk to file relator's pleadings and send him copies does not implicate our jurisdiction over any pending appeal. *In re Rigsby,* No. 12–09–00229–CV, 2009 WL 2767291, at *1 (Tex. App.–Tyler Sept. 2, 2009, orig. proceeding); *In re Wright,* No. 14–07–01057–CV, 2008 WL 123904, at *1 (Tex. App.–Houston [14th Dist.] Jan. 15, 2008, orig. proceeding); *In re Hopkins,* No. 01–06–00231–CV, 2006 WL 1275081, at *1 (Tex. App.–Houston [1st Dist.] May 11, 2006, orig. proceeding). As a result, we lack jurisdiction over the petition.

We dismiss the petition for writ of mandamus.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

151415F.P05